UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| STATE OF MISSOURI, et al., | ) | |
|---|---|---|
| Plaintiffs, | ) | |
| v. | ) | No. 4:19CV546 HEA |
| MELVIN LEROY TYLER, | ) | |
| Defendant. | ) | |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on defendant Melvin Leroy Tyler's motion for reconsideration of the Court's order of July 19, 2019, which denied his motion for removal and dismissed his claims under 42 U.S.C. § 1983. After reviewing the grounds raised by defendant, the Court will decline to alter or amend its judgment. The Court concludes that defendant's motion fails to point to any manifest errors of law or fact, or any newly discovered evidence. Instead, the motion can be said to merely revisit old arguments. Defendant is therefore not entitled to reconsideration of the Court's denial of his motion for removal and dismissal of his § 1983 claims. As such, the motion will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion for reconsideration and/or to amend judgment (Docket No. 10) is **DENIED**.

1

**IT IS FURTHER ORDERED** that an appeal from the denial of defendant's motion for reconsideration and/or to amend judgment would not be taken in good faith.

Dated this 31 July 2019.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE