UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| STATE OF MISSOURI, et al., | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiffs, | ) |  |
|  | ) |  |
| v. | ) | No. 4:19CV546 HEA |
|  | ) |  |
| MELVIN LEROY TYLER, | ) |  |
|  | ) |  |
|  | ) |  |
| Defendant. | ) |  |

### OPINION, MEMORANDUM AND ORDER

This matter is before the Court on defendant Melvin Leroy Tyler's motion to modify order, filed on August 8, 2019. (Docket No. 12). The Court previously denied defendant's removal action on July 19, 2019. (Docket No. 8). The Court subsequently denied defendant's motion for reconsideration on July 31, 2019. (Docket No. 11). The instant motion repeats allegations that were previously presented to the Court. Therefore, the motion will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion to modify order (Docket No. 12) is **DENIED**.

**IT IS FURTHER ORDERED** that an appeal from the denial of defendant's motion to modify order would not be taken in good faith.

Dated this 12th day of August, 2019.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE