UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STATE OF MISSOURI, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 4:19CV546 HEA |
| | ) |
| MELVIN LEROY TYLER, | ) |
| | ) |
| Defendant. | ) |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on defendant Melvin Leroy Tyler's pro se motion to recuse the Court. (Docket No. 14). As the case is closed, defendant's motion will be denied. Furthermore, the Clerk of Court will be directed to return any further filings to defendant except for appellate documents.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion to recuse the Court (Docket No. 14) is **DENIED**.

**IT IS FURTHER ORDERED** that an appeal from the denial of defendant's motion to recuse would not be taken in good faith.

**IT IS FURTHER ORDERED** that defendant may not file any further motions in this closed case.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to return any further filings to defendant except for appellate documents.

Dated this 14th day of August, 2019.

                                                HENRY EDWARD AUTREY
                                          UNITED STATES DISTRICT JUDGE