UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STATE OF MISSOURI, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 4:19-cv-00546-HEA |
| | ) |
| MELVIN LEROY TYLER, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter comes before the Court on defendant Melvin Leroy Tyler's motion for leave to proceed in forma pauperis on appeal. (Docket No. 17). Upon review of the motion, the Court has determined that defendant is unable to pay the filing fee. *See* 28 U.S.C. § 1915. Therefore, the motion will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion for leave to proceed in forma pauperis on appeal (Docket No. 17) is **GRANTED**.

Dated this 28th day of August, 2019.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE